IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERMAINE LEJUANE BRAXTON　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #650505

v.　　　　　　CASE NO. 1:19-CV-00007 BSM

JACKSON COUNTY DETENTION
CENTER, et al.　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's findings and recommendations [Doc. No. 6] are adopted. Termaine Lejuane Braxton's case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE